**FILED**

MAR 19 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR 06-00620-JW |
| Plaintiff,  ) | JW |
| v.  ) | [PROPOSED] STIPULATION AND ORDER PRESERVING DRUG EVIDENCE |
| JAIME CONTRERAS-CISNEROS, et al.  ) | |
| Defendants.  ) | |

Based on the stipulation set forth below between the parties and the potential need to produce the exhibit for trial, it is hereby ordered that the approximately 5,508 grams of methamphetamine seized ~~by the High Drug Enforcement Administration~~ JNG/js in this case on April 7, 2005 and booked into evidence as Exhibit # 1 in DEA Case # RC-06-0033 be preserved and retained as evidence

///
///
///
///
///
///
///
///

**STIPULATION AND ORDER PRESERVING DRUG EVIDENCE**

1 | in this case pending further order of the court.

3 | It is so stipulated.
4 | Dated: 3/19/2007

_____
JOHN N. GLANG
Assistant U.S. Attorney

6 | It is so stipulated:
7 | Dated: _____

_____
LARA S. VINNARD
Attorney for Jaime Contreras-Cisneros

11 | **IT IS SO ORDERED.**
12 | DATED: March 19, 2007

_____
JAMES WARE
United States District Judge

**STIPULATION AND ORDER PRESERVING DRUG EVIDENCE**
2