JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5084
   Fax: (408)-535-5066
   E-Mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JAIME CONTRERAS-CISNEROS ) <br> ) <br> Defendant. ) <br> ) | No. CR 06-00620-JW <br><br> <u>STIPULATION AND ORDER</u> <br> <u>RESCHEDULING STATUS HEARING</u> <br> <u>AND EXCLUDING TIME</u> |

    IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case, currently scheduled for Monday, April 28, 2008 at 1:30 p.m. be vacated and rescheduled for Monday, September 8, 2008 at 1:30 p.m.  The parties further stipulate that the court may exclude the period of time from April 28, 2008 through and including September 8, 2008 from the computation of the period of time within which the trial must commence for the reasons set forth in the proposed order below.

It is so stipulated.

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 06-00620-JW**

1 | Dated: ____04/16/08_____         _____/s/_____
                                       JOHN N. GLANG
2 |                                    Assistant United States Attorney

3 | Dated: ___04/16/08_____           _____/s/_____
4 |                                    LARA S. VINNARD
                                       Attorney for Jaime Contreras-Cisneros

## ORDER

Based upon the stipulation of the parties, it is hereby ordered that the status hearing in this case, previously scheduled for Monday, April 28, 2008 at 1:30 p.m., be vacated and rescheduled for Monday, September 8, 2008 at 1:30 p.m.

Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of time from April 28, 2008 through and including September 8, 2008 from the computation of the period of time within which the trial must commence.  The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the pendency of the defendant's interlocutory appeal in the United States Court of Appeals for the Ninth Circuit (Case No. 07-10532), within the meaning of 18 U.S.C. § 3161(h)(1)(E).

It is so ordered:

Dated: __April 18, 2008__           _____/s/ James Ware_____
                                    JAMES WARE
                                    United States District Judge

**STIPULATION AND ORDER RESCHEDULING STATUS HEARING DATE AND EXCLUDING TIME**
**CR 06-00620-JW**                              2