BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CONTRERAS-CISNEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00620 JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER** |
| v. | ) | |
| | ) | |
| JAIME CONTRERAS-CISNEROS, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday December 22, 2008, be continued to Monday, January 26, 2009, at 1:30 p.m.  The continuance is requested because Mr. Contreras and his counsel require additional time to discuss a resolution of the case, and to consider a proposed plea agreement tendered by the government.

The parties further agree that time should be excluded under the Speedy Trial Act because the defense requires time for effective preparation and investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 12/18/08                                    _____/s/_____
                                                              LARA S. VINNARD
                                                              Assistant Federal Public Defender

Dated: 12/18/08                                    _____/S/_____
                                                              JOHN GLANG
                                                              Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00620 JW |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER CONTINUING |
| ) | HEARING AND EXCLUDING TIME |
| v. ) | |
| ) | |
| JAIME CONTRERAS-CISNEROS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties have jointly requested a continuance of the hearing set for December 22, 2008, to allow additional time for Mr. Contreras and his counsel to discuss a resolution of the case and to consider a proposed plea agreement.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for December 22, 2008, be continued to January 26, 2009, at 1:30 p.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from December 22, 2008, to January 26, 2009, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:   December 19, 2008

_____
JAMES WARE
United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 06-00620 JW                                    2